**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARETHA CROSSON,

                              Plaintiff,        Case No.   1:21-cv-283-DG-SJB

              - against -

CLASSPASS INC.,

                             Defendants.
-----------------------------------------------------------X

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

        Aretha Crosson, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against ClassPass Inc.  No Answer has been filed in this case.

Dated:  Scarsdale, New York
          January 20, 2021

                                                    SHAKED LAW GOUP, P.C.
                                                    Attorneys for Plaintiff

                                        By:  */s/Dan Shaked*
                                              Dan Shaked (DS-3331)
                                              14 Harwood Court, Suite 415
                                              Scarsdale, NY 10583
                                              Tel. (917) 373-9128
                                              Fax (718) 704-7555
                                              e-mail: ShakedLawGroup@Gmail.com